1  Shane M. Cahill, # 227972
   McCormick, Barstow, Sheppard,
2  Wayte & Carruth LLP
   P.O. Box 28912
3  5 River Park Place East
   Fresno, CA  93720-1501
4  Telephone:    (559) 433-1300
   Facsimile:    (559) 433-2300
5
   Attorneys for Defendant
6  UNITED INDUSTRIES CORPORATION
   (erroneously sued herein separately as UNITED
7  INDUSTRIES CORPORATION and SPECTRUM
   BRANDS, a Business Entity Form Unknown), and
8  THE HOME DEPOT USA, INC.

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO ZARAGOZA; DAISY DONATO,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED INDUSTRIES CORPORATION; SPECTRUM BRANDS; THE HOME DEPOT USA, INC; DOES 1 to 100,<br><br>Defendants. | Case No.  1:08-CV-00902-LJO-GSA<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. Proc. 41(a)(1)(ii)] |

IT IS HEREBY ORDERED that, based on the stipulation of the parties, plaintiffs HUMBERTO ZARAGOZA and DAISY DONATO and defendants UNITED INDUSTRIES CORPORATION, SPECTRUM BRANDS, and THE HOME DEPOT USA, INC, by and through their respective counsel of record, that the action styled "*Zaragoza v. United Industries, et. al.*" (Case No. 1:08-CV-00902-LJO-GSA) is dismissed, with prejudice, pursuant to the provisions of F.R.C.P. 41(a)(1)(ii), with each side to bear its own attorneys fees and costs.

Dated: February 9, 2010                                        _/s/ Lawrence J. O'Neill_____
                                                                                   Judge of the United States District Court

84346/00001-1514964.v1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

ORDER OF DISMISSAL 1:08-CV-00902-LJO-GSA