Shane M. Cahill, # 227972  (SPACE BELOW FOR FILING STAMP ONLY)
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

Attorneys for Defendant
UNITED INDUSTRIES CORPORATION
(erroneously sued herein separately as UNITED INDUSTRIES CORPORATION and SPECTRUM BRANDS, a Business Entity Form Unknown), and THE HOME DEPOT USA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO ZARAGOZA; DAISY DONATO,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED INDUSTRIES CORPORATION; SPECTRUM BRANDS; THE HOME DEPOT USA, INC; DOES 1 to 100,<br><br>Defendants. | Case No.  1:08-CV-00902-LJO-GSA<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. Proc. 41(a)(1)(ii)] |

IT IS HEREBY ORDERED that, based on the stipulation of the parties, plaintiffs HUMBERTO ZARAGOZA and DAISY DONATO and defendants UNITED INDUSTRIES CORPORATION, SPECTRUM BRANDS, and THE HOME DEPOT USA, INC, by and through their respective counsel of record, that the action styled "*Zaragoza v. United Industries, et. al.*" (Case No. 1:08-CV-00902-LJO-GSA) is dismissed, with prejudice, pursuant to the provisions of F.R.C.P. 41(a)(1)(ii), with each side to bear its own attorneys fees and costs.

Dated: February 9, 2010  _/s/ Lawrence J. O'Neill_____
Judge of the United States District Court

84346/00001-1514964.v1